6-638750

LEWIS & McKENNA
Attorneys for Plaintiff
MAERSK INC., as agents for A.P. Moller-Maersk A/S
82 East Allendale Road
Saddle River, New Jersey 07458
(201) 934-9800
JM5911

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S

       Plaintiff,

  - against -         CIVIL COMPLAINT
                 IN ADMIRALTY

CHOLITA CORP..,

       Defendant.
-----------------------------------------------------------X

  Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys, LEWIS & McKENNA, as and for its Complaint against defendant CHOLITA CORP., in personam, in a cause of action civil and maritime, alleges upon information and belief:

  1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court also has jurisdiction pursuant to the diversity statute, the parties being citizens of different states, and the amount in controversy exceeding $75,000.00 exclusive of interest and costs.

  2. At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER MAERSK A/S was and still is a corporation duly organized and

existing under the laws of the State of Delaware with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant COLITA CORP. was and still as a coporation organized and existing under the Laws of the State of New Jersey, with offices and a place of business at 58 Henry Street, Hasbrouck Heights, N.J. 07604

4. On or about April 6, 2011 to the present, defendant was the receiver of goods carried on palintiff's vessels on numerous occasions. Defendant received the goods in a timely fashion, but failed to either remove the goods from the port within the Free Time allowed by tariff, thereby incurring demurrage charges, or took the containers from the port, but failed to return same within the Free Time, thereby incurring charges totaling $135,694.00 as per the Statement of Account annexed hereto as Exhibit A.

6. Plaintiff has duly performed all acts required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit the balance due of $135,694.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $135,694.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Saddle River, New Jersey
February 5, 2014

LEWIS & McKENNA

By _____
James McMahon – JM5911
Attorneys for Plaintiff

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

# Account Statement Open Item

CHOLITA CORP
58 HENRY ST
HASBROUCK HEIGHTS NJ 07604

Attention:   Accts Payable

Statement Issue Date:   02-04-2014
Account Number:        US00836806
Statement Date:        02-04-2014
Our Contact Person:    Albert Avallone
Our Contact Telephone:

Dear Valued Customer,

According to our records, the balance of your account with our company as of the date shown above is stated below. You are kindly requested to check below invoices and arrange payment to us accordingly.

If payment has already been forwarded for these items, please allow up to 7 days for them to be reflected on your statement.

Should you have any questions, please call or write to our contact mentioned above so that we may assist you in reconciling any discrepancies as soon as possible.

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|------|----------|-----------|--------------|-----------|----------|--------|-----|
| D | IMPORT | 5244102551 | 553692508 | | 04-06-2011 | 04-08-2011 | 3,024.00 | USD |
| D | IMPORT | 5244135935 | 553446784 | | 04-16-2011 | 04-16-2011 | 3,024.00 | USD |
|   | PAYMENT | 3411099350 | 3540002 | 555607118 | 12-19-2011 | 12-19-2011 | 30.00- | USD |
|   | PAYMENT | 3411099353 | 3540002 | 555752629 | 12-19-2011 | 12-19-2011 | 30.00- | USD |
| D | DET-INV | 5245318091 | 556019984 | | 02-22-2012 | 02-22-2012 | 289.00 | USD |
| D | DET-INV | 5245320927 | 556039906 | | 02-23-2012 | 02-23-2012 | 867.00 | USD |
| D | DET-INV | 5245320928 | 556060376 | | 02-23-2012 | 02-23-2012 | 289.00 | USD |
| D | DET-INV | 5245366158 | 556060376 | | 03-06-2012 | 03-06-2012 | 1,545.00 | USD |
| D | DET-INV | 5245370687 | 556137856 | | 03-07-2012 | 03-07-2012 | 1,934.00 | USD |
| D | DET-INV | 5245370686 | 556138112 | | 03-07-2012 | 03-07-2012 | 1,545.00 | USD |
| D | DET-INV | 5245373764 | 863376602 | | 03-08-2012 | 03-08-2012 | 2,323.00 | USD |
| D | DET-INV | 5245445841 | 863448934 | | 03-27-2012 | 03-27-2012 | 1,934.00 | USD |
| D | DET-INV | 5245517241 | 863517336 | | 04-13-2012 | 04-13-2012 | 1,156.00 | USD |
| D | DET-INV | 5246533917 | 558794966 | | 01-01-2013 | 01-01-2013 | 578.00 | USD |
| D | DET-INV | 5246554830 | 865374817 | | 01-08-2013 | 01-08-2013 | 867.00 | USD |
| D | DET-INV | 5246607910 | 865731188 | | 01-23-2013 | 01-23-2013 | 2,312.00 | USD |
| D | DET-INV | 5246636400 | 558871394 | | 01-30-2013 | 01-30-2013 | 4,657.00 | USD |



EXHIBIT "A"



# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

## Account Statement Open Item

CHOLITA CORP
58 HENRY ST
HASBROUCK HEIGHTS NJ 07604

Attention:    Accts Payable

Statement Issue Date:   02-04-2014
Account Number:         US00836806
Statement Date:         02-04-2014
Our Contact Person:     Albert Avallone
Our Contact Telephone:

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|------|----------|-----------|--------------|-----------|----------|--------|-----|
| D | DET-INV | 5246636401 | 558942375 | | 01-30-2013 | 01-30-2013 | 4,657.00 | USD |
| D | DET-INV | 5246663767 | 559113989 | | 02-06-2013 | 02-06-2013 | 2,323.00 | USD |
| D | DET-INV | 5246686244 | 865729985 | | 02-12-2013 | 02-12-2013 | 6,602.00 | USD |
| D | DET-INV | 5246723755 | 865685260 | | 02-21-2013 | 02-21-2013 | 5,046.00 | USD |
| D | DET-INV | 5246798475 | 865711133 | | 03-14-2013 | 03-14-2013 | 14,500.00 | USD |
| D | MANUAL | 5246850560 | MWCU6933987 | MWCU6933987 | 03-29-2013 | 03-29-2013 | 17,675.55 | USD |
| D | DET-INV | 5247397912 | 865604933 | | 08-27-2013 | 08-27-2013 | 17,700.00 | USD |
| D | DET-INV | 5247397911 | 866951885 | | 08-27-2013 | 08-27-2013 | 600.00 | USD |
| D | DET-INV | 5247405985 | 866985523 | | 08-28-2013 | 08-28-2013 | 2,500.00 | USD |
| D | DET-INV | 5247412370 | 558951709 | | 08-29-2013 | 08-29-2013 | 300.00 | USD |
| D | DET-INV | 5247412371 | 558951902 | | 08-29-2013 | 08-29-2013 | 900.00 | USD |
| D | DET-INV | 5247412372 | 559256824 | | 08-29-2013 | 08-29-2013 | 600.00 | USD |
| D | DET-INV | 5247412378 | 559256824 | | 08-29-2013 | 08-29-2013 | 4,200.00 | USD |
| D | DET-INV | 5247412379 | 865085420 | | 08-29-2013 | 08-29-2013 | 2,370.00 | USD |
| D | DET-INV | 5247412392 | 865154413 | | 08-29-2013 | 08-29-2013 | 300.00 | USD |
| D | DET-INV | 5247412381 | 865282148 | | 08-29-2013 | 08-29-2013 | 1,300.00 | USD |
| D | DET-INV | 5247412395 | 865405678 | | 08-29-2013 | 08-29-2013 | 300.00 | USD |
| D | DET-INV | 5247412380 | 865471260 | | 08-29-2013 | 08-29-2013 | 1,300.00 | USD |
| D | DET-INV | 5247412394 | 865599328 | | 08-29-2013 | 08-29-2013 | 1,700.00 | USD |
| D | DET-INV | 5247412396 | 865605976 | | 08-29-2013 | 08-29-2013 | 1,300.00 | USD |
| D | DET-INV | 5247412391 | 865842777 | | 08-29-2013 | 08-29-2013 | 300.00 | USD |
| D | DET-INV | 5247412393 | 865842781 | | 08-29-2013 | 08-29-2013 | 2,500.00 | USD |
| D | DET-INV | 5247412382 | 865842785 | | 08-29-2013 | 08-29-2013 | 300.00 | USD |
| D | DET-INV | 5247412397 | 866899380 | | 08-29-2013 | 08-29-2013 | 110.00 | USD |
| D | DET-INV | 5247412398 | 866962842 | | 08-29-2013 | 08-29-2013 | 400.00 | USD |

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

## Account Statement Open Item

CHOLITA CORP
58 HENRY ST
HASBROUCK HEIGHTS NJ 07604

Attention:   Accts Payable

Statement Issue Date:   02-04-2014
Account Number:        US00836806
Statement Date:        02-04-2014
Our Contact Person:    Albert Avallone
Our Contact Telephone:

| D | Type    | Document   | Reference   | Customer Ref | Tran Date  | Due Date   | Amount     | Cur |
|---|---------|------------|-------------|--------------|------------|------------|------------|-----|
| D | DET-INV | 5247412399 | 866985525   |              | 08-29-2013 | 08-29-2013 | 100.00     | USD |
| D | DET-INV | 5247412400 | 866997961   |              | 08-29-2013 | 08-29-2013 | 100.00     | USD |
| D | DET-INV | 5247569583 | 559256824   |              | 10-09-2013 | 10-09-2013 | 36,100.00  | USD |
|   | MANUAL  | 3410005572 | MWCU6933987 | MWCU6933987  | 01-03-2014 | 01-03-2014 | 16,673.55- | USD |
|   |         |            |             | **Balance Due :** |       |            | 135,694.00 | USD |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Cur |
|---------|-------------|--------------|--------------|--------------|-----|
| 0.00    | 0.00        | 16,673.55-   | 0.00         | 152,367.55   | USD |

Information:  D-Item(s) under dispute
Please note that reminder notice fees and interest charges will appear on the reminder notice.

Bank:  Bank of America
Account Information:         Wire Only- ABA: 026009593  Account: 4426928403
                             ACH Only- ABA: 111000012  Account: 4426928403

If paying by check, please remit payment to:
Maersk Line
Attention: Payment Services-3rd Floor South
9300 Arrowpoint Boulevard
Charlotte, NC  28273-8136